# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Virginia Yoder Dodd
Phelps, Dunbar
P. O. Box 4412
Baton Rouge LA 70821-4412

Kevin W. Welsh
Phelps Dunbar, LLP
400 Convention St, #1100
Baton Rouge LA 70802-5618


**REHEARING ACTION: January 31, 2018**


**Docket Number: 17   00567-CA consolidated with 52-CA & 568-CA**

**RONALD LEE STUTES AND CARROLL LYNN STUTES**
**VERSUS**
**GREENWOOD MOTOR LINES, INC., ET AL.**

**Appealed from Lafayette Parish Case No. C-20131119**


<u>**BEFORE JUDGES**</u>**:**

   Hon. Elizabeth A. Pickett
   Hon. John E. Conery
   Hon. Candyce G. Perret


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **American Guarantee and Liability Insurance Company** has this

day been

   **DENIED.**


cc: Laura Lee Putnam, Counsel for the Appellee
    James Marshall Montgomery, Counsel for the Appellee
    Blake R. David, Counsel for the Appellee
    John Barney Davis, II, Counsel for the Appellee
    Ernest Paul Gieger, Jr., Counsel for the Appellant
    Rachel G. Webre, Counsel for the Appellant
    Emily E. Eagan, Counsel for the Appellant